## Walter Crane v. Edwin Reeder and others.

*Transfer of causes: Aliens: Time of application.* A cause cannot be transferred from a state court to a federal court under the acts of congress on that subject, where the plaintiff is a resident citizen and the defendants are all aliens, upon an application made long after appearance and plea to the merits.

*Submitted on briefs October 23. Decided October 27.*

Error to Wayne Circuit.

*Douglass & Bowen, William P. Wells* and *George E. Hand,* for plaintiff in error.

No counsel appeared for defendants in error.

PER CURIAM.

This is a writ of error brought by the plaintiff to review an order and judgment of the court below, transferring the cause, on the application of the defendant, to the circuit court of the United States for the eastern district of Michigan. The action was ejectment for land near the city of Detroit. The plaintiff was a resident citizen, and the defendants were all aliens. The application was made long after appearance and plea to the merits, and set up

CRANE *v.* REEDER.

the alienage of the defendants, and their belief that from prejudice or local influence they would not be able to obtain justice in the state court. It is only necessary to say that we think the case is ruled by our judgment in *Crane v. Reeder, 28 Mich., 527,* and also in the *Sewing Machine Case, 18 Wallace, 553.*

The judgment should be reversed, with costs.